1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LONNIE WILLIAMS,

11          Plaintiff,                        No. 2:10-cv-3418 MCE JFM (PC)

12      vs.

13   GREGORY G. HOLLOWS, et al.,

14          Defendants.                       FINDINGS AND RECOMMENDATIONS

15   _____/

16          By an order filed August 15, 2011, plaintiff was ordered to pay the appropriate

17   filing fee within twenty-one days and was cautioned that failure to do so would result in a

18   recommendation that this action be dismissed.  That order, initially returned by the postal service,

19   was reserved on plaintiff on August 31, 2011.  More than twenty-one days have passed since the

20   date of reservice  and plaintiff has not responded to the court's order and has not paid the

21   appropriate filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be

22   dismissed without prejudice.

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations." Any response to the objections shall be filed and served

2 within fourteen days after service of the objections. Plaintiff is advised that failure to file

3 objections within the specified time may waive the right to appeal the District Court's order.

4 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5 DATED: October 18, 2011.

6

7

UNITED STATES MAGISTRATE JUDGE

8

9 12

will3418.fifp

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26